UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-20178-CMA

BURGER KING COMPANY LLC, a Florida Corporation,

    Plaintiff,

v.

CONSOLIDATED BURGER HOLDINGS, LLC, a Delaware Limited Liability Company, CONSOLIDATED BURGER A, LLC, a Delaware Limited Liability Company, and CONSOLIDATED BURGER B, a Delaware Limited Liability Company, PARENT CONSOLIDATED BURGER, LLC, a Delaware limited liability company, and LEE BAUGHER,

    Defendants.

_____/

## JOINT AGREED MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff Burger King Company LLC ("BKC" or "Plaintiff") and Defendants Consolidated Burger Holdings, LLC ("CBH"), Consolidated Burger A, LLC ("CBA"), Consolidated Burger B, LLC ("CBB"), Parent Consolidated Burger Holdings, LLC ("Parent CBH"), and Lee Baugher ("Baugher") (collectively, "Defendants") (BKC and Defendants shall be referred to collectively as the "Parties"), hereby file this Joint Motion for Entry of Final Judgment (the "Motion") and in support thereof state:

    1.    On January 16, 2024, BKC filed a complaint against Defendants seeking, among other things, a permanent injunction requiring Defendants to comply with the terms of expired or terminated franchise agreements (ECF 1).

    2.    On March 27, 2024, Defendants CBH, CBA and CBB filed counterclaims against

Case No. 24-cv-20178-CMA

BKC alleging that BKC improperly terminated certain franchise agreements and engaged in other wrongful conduct. (ECF 22).

3. On May 17, 2024, BKC filed its Renewed Motion for Preliminary Injunction (ECF 27).

4. On September 28, 2024, the Parties entered into a settlement (the "Settlement").

5. Pursuant to the Settlement, the Parties are jointly requesting the entry of a judgment and permanent injunction (the "Stipulated Judgment") in BKC's favor against Defendants in the form attached hereto as Exhibit "1."

6. Based on the foregoing, the Parties respectfully request that this Court enter an order entering the Stipulated Judgment and reserving jurisdiction to enforce the Stipulated Judgment. A proposed order granting this Motion is attached as Exhibit "2" and is being submitted contemporaneously with the filing of this Motion, along with a copy of the Stipulated Judgment.

WHEREAS, Plaintiff Burger King Company LLC and Defendants Consolidated Burger Holdings, LLC, Consolidated Burger A, LLC, Consolidated Burger B, LLC, Parent Consolidated Burger Holdings, LLC and Lee Baugher respectfully request that this Court: (1) enter the Stipulated Judgment; (2) retain jurisdiction to enforce the Stipulated Judgment; and (3) grant any additional and further relief as this Court deems just and proper.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1.A.3

Counsel for the Parties conferred regarding the relief requested in this Motion and agreed to such relief.

Case No. 24-cv-20178-CMA

| | |
|---|---|
| VENABLE LLP<br>*Attorneys for Burger King Company LLC*<br>801 Brickell Avenue<br>Suite 1500<br>Miami, Florida 33131<br>Telephone: (305) 349-2300<br>Facsimile: (305) 349-2310<br><br>By: /s/ Aaron S. Blynn<br>  Michael D. Joblove, Esq.<br>  Florida Bar No. 354147<br>  MDJoblove@Venable.com<br>  Elizabeth McIntosh, Esq.<br>  Florida Bar No. 1011555<br>  EGMcIntosh@Venable.com<br>  Aaron S. Blynn, Esq.<br>  Florida Bar No. 73464<br>  ASBlynn@Venable.com | ZARCO EINHORN SALKOWSKI, P.A.<br>*Attorneys for Defendants*<br>One Biscayne Tower<br>2 S. Biscayne Blvd., Suite 3400<br>Miami, Florida 33131<br>Telephone: (305) 374-5418<br>Facsimile: (305) 374-5428<br><br>By: /s/ Himanshu M. Patel<br>  Robert Zarco, Esq.<br>  Florida Bar No. 502138<br>  rzarco@zarcolaw.com<br>  Himanshu M. Patel, Esq.<br>  Florida Bar No. 0167223<br>  hpatel@zarcolaw.com<br>  Michael D. Braunstein, Esq.<br>  Florida Bar No. 1003845<br>  mbraunstein@zarcolaw.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

  /s/ Aaron S. Blynn
  Attorney

Case No. 24-cv-20178-CMA

# SERVICE LIST
Case No. 24-cv-20178
*Burger King Company LLC v. Consolidated Burger Holdings, LLC, et al.*

Michael D. Joblove, Esq.
MDJoblove@Venable.com
Elizabeth McIntosh, Esq.
EGMcIntosh@Venable.com
Aaron S. Blynn, Esq.
ASBlynn@Venable.com
VENABLE LLP
801 Brickell Avenue
Suite 1500
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
*Attorneys for Burger King Company LLC*

Robert Zarco, Esq.
rzarco@zarcolaw.com
Himanshu M. Patel, Esq.
hpatel@zarcolaw.com
Michael D. Braunstein, Esq.
mbraunstein@zarcolaw.com
ZARCO EINHORN SALKOWSKI, P.A.
One Biscayne Tower
2 S. Biscayne Blvd., Suite 3400
Miami, Florida 33131
Telephone: (305) 374-5418
Telecopier: (305) 374-5428
*Attorneys for Defendants*