**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 24-cv-20178-CMA

BURGER KING COMPANY LLC, a Florida
Corporation,

      Plaintiff,

v.

CONSOLIDATED BURGER HOLDINGS,
LLC, a Delaware Limited Liability Company,
CONSOLIDATED BURGER A, LLC, a
Delaware Limited Liability Company, and
CONSOLIDATED BURGER B, a Delaware
Limited Liability Company, PARENT
CONSOLIDATED BURGER, LLC, a
Delaware limited liability company, and LEE
BAUGHER,

      Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Burger King Company LLC ("BKC" or "Plaintiff") and Defendants Consolidated Burger Holdings, LLC ("CBH"), Consolidated Burger A, LLC ("CBA"), Consolidated Burger B, LLC ("CBB"), Parent Consolidated Burger Holdings, LLC ("Parent CBH"), and Lee Baugher ("Baugher") (collectively, "Defendants") (BKC and Defendants shall be referred to collectively as the "Parties"), by and through their undersigned counsel and pursuant to S.D. Fla. L.R. 16.4, hereby file this Notice of Settlement and state:

1.      The Parties entered a settlement on September 28, 2024 (the "Settlement").

2.      To effectuate a term of the Settlement, the Parties filed a Joint Motion for Entry of Final Judgment [ECF 74].

1

| | |
|---|---|
| VENABLE LLP | ZARCO EINHORN SALKOWSKI, P.A. |
| *Attorneys for Burger King Company LLC* | *Attorneys for Defendants* |
| 801 Brickell Avenue | One Biscayne Tower |
| Suite 1500 | 2 S. Biscayne Blvd., Suite 3400 |
| Miami, Florida 33131 | Miami, Florida 33131 |
| Telephone: (305) 349-2300 | Telephone: (305) 374-5418 |
| Facsimile: (305) 349-2310 | Facsimile: (305) 374-5428 |

By: /s/ Aaron S. Blynn _____
     Michael D. Joblove, Esq.
     Florida Bar No. 354147
     MDJoblove@Venable.com
     Elizabeth McIntosh, Esq.
     Florida Bar No. 1011555
     EGMcIntosh@Venable.com
     Aaron S. Blynn, Esq.
     Florida Bar No. 73464
     ASBlynn@Venable.com

By: /s/ Himanshu M. Patel _____
     Robert Zarco, Esq.
     Florida Bar No. 502138
     rzarco@zarcolaw.com
     Himanshu M. Patel, Esq.
     Florida Bar No. 0167223
     hpatel@zarcolaw.com
     Michael D. Braunstein, Esq.
     Florida Bar No. 1003845
     mbraunstein@zarcolaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

     /s/ Aaron S. Blynn _____
             Attorney

Case No. 24-cv-20178-CMA

## <u>SERVICE LIST</u>
Case No. 24-cv-20178
*Burger King Company LLC v. Consolidated Burger Holdings, LLC, et al.*

Michael D. Joblove, Esq.
MDJoblove@Venable.com
Elizabeth McIntosh, Esq.
EGMcIntosh@Venable.com
Aaron S. Blynn, Esq.
ASBlynn@Venable.com
VENABLE LLP
801 Brickell Avenue
Suite 1500
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
*Attorneys for Burger King Company LLC*

Robert Zarco, Esq.
rzarco@zarcolaw.com
Himanshu M. Patel, Esq.
hpatel@zarcolaw.com
Michael D. Braunstein, Esq.
mbraunstein@zarcolaw.com
ZARCO EINHORN SALKOWSKI, P.A.
One Biscayne Tower
2 S. Biscayne Blvd., Suite 3400
Miami, Florida 33131
Telephone: (305) 374-5418
Telecopier: (305) 374-5428
*Attorneys for Defendants*